**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**

1100 East Main Street, Suite 501, Richmond, Virginia 23219

August 12, 2026

_____

NOTICE

_____

No.   26-2089,        Semone Brisson v. Salisbury Housing Authority
                      1:23-cv-00891-WO-JGM

TO:    Jamie Paulen

A change has been made to your contact information in the clerk's office. These changes must also be made to your upgraded PACER account by logging into PACER, selecting manage my account, and then the maintenance tab.

K. Stump, Deputy Clerk
804-916-2702