FILED: September 10, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 26-2089
(1:23-cv-00891-WO-JGM)

---

SEMONE BRISSON

Plaintiff - Appellant

v.

SALISBURY HOUSING AUTHORITY, a/k/a Housing Authority of Salisbury, NC

Defendant - Appellee

and

SALISBURY HOUSING CORPORATION, INC.; BRADLEY MOORE, in his individual capacity

Defendants

---

O R D E R

---

The court extends the briefing schedule as follows:

Joint appendix due: 11/05/2026

Opening brief due: 11/05/2026

Response brief due: 12/07/2026

Any reply brief: 21 days from service of response brief.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk